IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| In re:<br><br>HILLSBOROUGH HOLDINGS CORPORATION,<br><br>Debtor. | Chapter 11<br>Jointly Administered<br>Case Nos. 8:89-bk-9715<br>through 8:89-bk-9746<br>and 8:90-bk-11997 |
| In re:<br><br>JW WINDOW COMPONENTS, INC.,<br><br>Applicable Debtor. | Case No. 8:89-bk-9732 |

## PROOF OF SERVICE

I HEREBY CERTIFY that a true and accurate copy of the Order On Motion to Reopen Chapter 11 Case (Doc. 25), has been furnished electronically to those parties registered to receive service via CM/ECF on June 13, 2017, and by First Class United States Mail to those listed below on this 14th day of June, 2017:

Office of the United States Trustee
Timberlake Annex, Suite 1200
501 E. Polk Street
Tampa, FL 33602

United Mine Workers of America Combined Benefit Fund
2121 K Street, N.W.
Washington, DC 20037
Attn: Kathleen Burns, Assistant General Counsel

United Mine Workers of America 1992 Benefit Plan
2121 K Street, N.W.
Washington, DC 20037
Attn: Kathleen Burns, Assistant General Counsel

Dated: June 14, 2017              /s/ John Emmanuel
                                  John Emmanuel (FBN 475572)

Linda J. Z. Young (FBN 0093160)
BUCHANAN, INGERSOLL & ROONEY, PC
401 E. Jackson Street, Suite 2400
Tampa, FL 33602
Phone: (813) 222-1162
Fax:  (813) 222-8189
Email:  john.emmanuel@bipc.com
Email:  linda.young@bipc.com

and

James Newell (Pa. Bar No. 51337)
David J. Laurent (Pa. Bar No. 33150)
BUCHANAN, INGERSOLL & ROONEY, PC
One Oxford Centre
Pittsburgh, PA 15219
Phone:  (412) 392-2027
Fax:  (412) 562-1041

4840-6949-6394, v. 1